Department of Homeland Security
US Immigration and Customs Enforcement

**Notice to EOIR: Alien Address**

Date: 1/6/2026

To: Office of the Immigration Judge, EOIR
201 Varick St, Room 507 - 5th Floor
New York, NY 10014

From: ICE ERO
26 Federal Plaza
New York, NY 10278

Respondent: **Lagos-Bonilla, Hector Edgardo**      A Number **213 267 766**

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by ICE (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is.

☒ Detained by ICE on: 1/6/2025
@ BOP MDC Brooklyn
80 29th Street, Brooklyn, NY 11232

☐ Detained by ICE and transferred on                    to:

☐ Released from ICE custody on the following condition(s):
  ☐ Order of Supervision or Own Recognizance (Form I-220A)
  ☐ Bond in the amount of *Enter Dollar Amount of Respondent's Bond*
  ☐ Removed, Deported, or Excluded
  ☐ Other

**Form I-830 (Rev.4/26/99) N**

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

☐ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: M.Zabbia – Deportation Officer